## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## G. Jeffrey MOELLER, Respondent.

### No. 753 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 10, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of July, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board and the Dissenting Report and Recommendation dated May 16, 2002, it is hereby

ORDERED that G. Jeffrey Moeller be and he is suspended from the Bar of this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

## In the Matter of Harry James CHILDERSTON.

### No. 742 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 10, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of July, 2002, Harry James Childerston having been disbarred by consent from the practice of law in the State of Delaware by Order of the Supreme Court of the State of Delaware dated March 6, 2002; the said Harry James Childerston having been directed on May 8, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Harry James Childerston is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.